IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BURROUGHS, JAY HOLSTINE, JOHN GRIFFIN, AND MICHAEL OSWALD WILLIAMS<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§  Case No.: 4:21-cv-00994-SDJ<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
TO ENTER FINAL JUDGMENT AGAINST DEFENDANT JOHN GRIFFIN**

Pending before the Court is Plaintiff Securities and Exchange Commission's Unopposed Motion to Enter Final Judgment against Defendant John Griffin. After review of the motion and the entirety of the record, the Court has determined the motion should be, and hereby is, GRANTED.

IT IS HEREBY ORDERED, that by separate document, the Court will enter final judgment against Defendant John Griffin in the form submitted with the motion.

SO ORDERED this _____ day of _____, 2021

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE