UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § § § § | CIVIL NO. 4:21-CV-994-SDJ |
| TIMOTHY BURROUGHS | | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Stay Litigation, (Dkt. #32). The Court, having considered the motion, concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED.**

It is further **ORDERED** that all proceedings in this case are **STAYED** pending further order of the Court. The parties are directed to file a status report with the Court every sixty days advising of the status of the parties' settlement efforts. The first status report is due by **July 9, 2023**.

**So ORDERED and SIGNED this 11th day of May, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE